February 2006                                                                                                          2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re ESPINOZA, VANESSA<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:14-bk-25133-WB |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

FILED AUG 20 2014 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, VANESSA ESPINOZA _____, the debtor in this case, declare under penalty
(Print Name of Debtor)

of perjury under the laws of the United States of America that:

☒   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
(Print Name of Joint Debtor, if any)

perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date _____        Signature _____
                                                Debtor


Date _____        Signature _____
                                                Joint Debtor (if any)

# Earnings Statement

**Company Code / Number / Page**
RY / XJK 21129103    10519    1 of 1

BENEVOLENCE ESCROW INC
8485 E FLORENCE AVENUE STE B
DOWNEY, CA 90240

Period Starting: 05/01/2014
Period Ending: 05/15/2014
Pay Date: 05/15/2014

VANESSA ESPINOZA
1400 S MCBRIDE AVE
COMMERCE, CA 90040

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2    Tax Override:
  State: 2      Federal:
  Local: 0      State:
                Local:
Social Security Number: XXX-XX-4583

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 1650.00 | 14850.00 |
| **Gross Pay** |  |  | **$1,650.00** | **$14,850.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -107.50 | 967.50 |
| Social Security | -102.30 | 920.70 |
| Medicare | -23.93 | 215.33 |
| California State Income | -12.47 | 112.23 |
| California State DI | -16.50 | 148.50 |

**Net Pay**    **$1,387.30**

Your federal taxable wages this period are $1,650.00

◀ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

**Company Code / Loc/Dept / Number / Page**
RY/XJK 2129103 / 01/ / 10524 / 1 of 1

BENEVOLENCE ESCROW INC
8485 E FLORENCE AVENUE STE B
DOWNEY, CA 90240

Period Starting: 05/16/2014
Period Ending: 05/31/2014
Pay Date: 05/30/2014

VANESSA ESPINOZA
1400 S MCBRIDE AVE
COMMERCE, CA 90040

Taxable Marital Status: Married
Exemptions/Allowances:
- Federal: 2        Tax Override:
- State: 2            Federal:
- Local: 0            State:
                      Local:
Social Security Number: XXX-XX-4583

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1650.00 | 16500.00 |
| **Gross Pay** | | | **$1,650.00** | **$16,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -107.50 | 1075.00 |
| Social Security | -102.30 | 1023.00 |
| Medicare | -23.92 | 239.25 |
| California State Income | -12.47 | 124.70 |
| California State DI | -16.50 | 165.00 |

**Net Pay** $1,387.31

Your federal taxable wages this period are $1,650.00

ADP Inc. All Rights Reserved.

# Earnings Statement 

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RY / XJK 21129103 | 01/ | 10532 | 1 of 1 |

BENEVOLENCE ESCROW INC
8485 E FLORENCE AVENUE STE B
DOWNEY, CA 90240

Period Starting: 06/01/2014
Period Ending: 06/15/2014
Pay Date: 06/13/2014

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
 Federal: 2                   Federal:
 State: 2                     State:
 Local: 0                     Local:
Social Security Number: XXX-XX-4583

VANESSA ESPINOZA
1400 S MCBRIDE AVE
COMMERCE, CA 90040

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1650.00 | 18150.00 |
| Gross Pay | | | $1,650.00 | $18,150.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -107.50 | 1182.50 |
| Social Security | -102.30 | 1125.30 |
| Medicare | -23.93 | 263.18 |
| California State Income | -12.47 | 137.17 |
| California State DI | -16.50 | 181.50 |
| Net Pay | $1,387.30 | |

Your federal taxable wages this period are $1,650.00

◀ TEAR HERE        ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

**ADP**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RY / XJK 21129103 | 01/ | 10537 | 1 of 1 |

BENEVOLENCE ESCROW INC
8485 E FLORENCE AVENUE STE B
DOWNEY, CA 90240

Period Starting: 06/16/2014
Period Ending: 06/30/2014
Pay Date: 06/30/2014

VANESSA ESPINOZA
1400 S MCBRIDE AVE
COMMERCE, CA 90040

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
 Federal: 2               Federal:
 State: 2                 State:
 Local: 0                 Local:
Social Security Number: XXX-XX-4583

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1650.00 | 19800.00 |
| **Gross Pay** | | | **$1,650.00** | **$19,800.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -107.50 | 1290.00 |
| Social Security | -102.30 | 1227.60 |
| Medicare | -23.92 | 287.10 |
| California State Income | -12.47 | 149.64 |
| California State DI | -16.50 | 198.00 |
| **Net Pay** | **$1,387.31** | |

Your federal taxable wages this period are $1,650.00

◀ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

Company Code  Loc/Dept  Number  Page
RY / XJK 21129103  01/  10545  1 of 1
BENEVOLENCE ESCROW INC
8485 E FLORENCE AVENUE STE B
DOWNEY, CA 90240

Period Starting: 07/01/2014
Period Ending: 07/15/2014
Pay Date: 07/15/2014

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
 Federal: 2  Federal:
 State: 2  State:
 Local: 0  Local:
Social Security Number: XXX-XX-4583

VANESSA ESPINOZA
1400 S MCBRIDE AVE
COMMERCE, CA 90040

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1650.00 | 21450.00 |
| Gross Pay | | | $1,650.00 | $21,450.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -107.50 | 1397.50 |
| Social Security | -102.30 | 1329.90 |
| Medicare | -23.93 | 311.03 |
| California State income | -12.47 | 162.11 |
| California State DI | -16.50 | 214.50 |

Net Pay  $1,387.30

Your federal taxable wages this period are $1,650.00

◀ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.